```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PLAINS PRODUCT TERMINALS LLC,
                  Plaintiff,

13 **CIV** 7359 (RMB)

-against-

**DEFAULT JUDGMENT**

SOLUTIONS, ACQUISITIONS, LOGISTICS &
TRAINING LLC, DBA SOLUTIONS,
ACQUISITIONS, LOGISTICS & TRANSPORT,
                  Defendant.
-------------------------------------------------------------X

      Plaintiffs having moved for a Default Judgment, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on November 25, 2014 having issued its Order granting judgment in favor of Plaintiff against Defendant on default and directing the Clerk to enter judgment in favor of Plaintiff and against Defendant, it is,

      **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated November 25, 2014, judgment is hereby entered in favor Plaintiff against Defendant. The matter is referred to the magistrate judge to conduct an inquest re: damages, etc.

**DATED** : New York, New York
          November 25, 2014

                                                RUBY J. KRAJICK
                                                Clerk of Court
                                        By: _____
                                                  Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____